UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLIAM HILLICK,<br>on Behalf of Himself and All Others<br>Similarly Situated,<br><br>       Plaintiff,<br><br>vs.<br><br>BMO HARRIS BANK, N.A.,<br><br>       Defendant. | CIVIL ACTION NO. 5:13-CV-1222 (FJS/DEP) |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff WILLIAM HILLICK, hereby gives notice that the above captioned action is voluntarily dismissed, without prejudice.

DATE: December 16, 2013

                                            Respectfully submitted,

                                            **CHITWOOD HARLEY HARNES LLP**

                                            By:   /s/ Darren T. Kaplan_____
                                                       Darren T. Kaplan
                                                       NDNY Bar Number: 508360
                                                       1350 Broadway
                                                       Suite 908
                                                       New York, NY 10018

                                                       Tel: (917) 595-4600
                                                       Fax: (404) 876-4476
                                                       dkaplan@chitwoodlaw.com

**STUEVE SIEGEL HANSON LLP**
Norman E. Siegel, *pro hac vice forthcoming*
Steve Six, *pro hac vice forthcoming*
J. Austin Moore, *pro hac vice forthcoming*
460 Nichols Road, Suite 200
Kansas City, MO 64112

Tel: (816) 714-7100
Fax: (816) 714-7101
siegel@stuevesiegel.com
six@stuevesiegel.com
moore@stuevesiegel.com

**TYCKO & ZAVAREEI LLP**
Hassan A. Zavareei, *Admitted pro hac vice*
Jeffrey D. Kaliel, *Admitted pro hac vice*
2000 L Street, N.W.
Suite 808
Washington, D.C. 20036

Tel: (202) 973-0900
Fax: (202) 973-0950
hzavareei@tzlegal.com
jkaliel@tzlegal.com

**KOPELOWITZ OSTROW P.A.**
Jeffrey M. Ostrow, *Admitted pro hac vice*
200 S.W. 1st Avenue, 12th Floor
Fort Lauderdale, Florida 33301

Tel: (954) 525-4100
Fax: (954) 525-4300
ostrow@KOlawyers.com

*Counsel for Plaintiff*

**IT IS SO ORDERED:**

_____
**Frederick J. Scullin, Jr.
Senior U.S. District Judge**

**Dated:** ___December 16, 2013___
   **Syracuse, NY**